```
                              United States Bankruptcy Court
                               Northern District of Ohio
In re:                                                            Case No. 17-13326-jps
Bryan K. Thompson                                                 Chapter 7
        Debtor                     CERTIFICATE OF NOTICE
District/off: 0647-1           User: admin              Page 1 of 1        Date Rcvd: Jul 21, 2017
                               Form ID: 177a            Total Noticed: 19


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 23, 2017.
db             +Bryan K. Thompson,    12841 Station Road,    Columbia Station, OH 44028-9504
24908915      ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court:     Best Buy,    P.O. Box 183195,    Columbus, OH 43218-3195)
24908916       +Car Care Midas,    P.O. Box 965033,    Orlando, FL 32896-5033
24908917       +Chase One,    P.O. Box 1598,    Wilmington, DE 19899
24908922       +First Merit / Huntington Bank,    3 Cascade,    Akron, OH 44308-1124
24908927      #+Lormet Community Credit Union,    1825 East 28th Street,    Lorain, OH 44055-1803
24912373       +PRA Receivables Management, LLC,     PO Box 41021,    Norfolk, VA 23541-1021

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust            +E-mail/Text: ustpregion09.cl.ecf@usdoj.gov Jul 21 2017 21:29:37      Cynthia J. Thayer,
                US Department of Justice,    201 Superior Avenue,    Suite 441,    Cleveland, OH 44114-1234
24908914        EDI: BANKAMER.COM Jul 21 2017 21:08:00      Bank of America,    P.O. Box 982238,
                El Paso, TX 79998
24908918       +EDI: CITICORP.COM Jul 21 2017 21:08:00      Citicards,    P.O. Box 6241,
                Sioux Falls, SD 57117-6241
24908919       +E-mail/Text: bankruptcy@commercebank.com Jul 21 2017 21:30:46      Commerce Bank,
                P.O. Box 411036,    Kansas City, MO 64141-1036
24908921        EDI: DISCOVER.COM Jul 21 2017 21:08:00      Discover,    P.O. Box 15316,    Wilmington, DE 19850
24908920       +E-mail/Text: electronicbkydocs@nelnet.net Jul 21 2017 21:31:07      Dept. Of Education/Nelnet,
                3015 Parker Road, #400,    Aurora, CO 80014-2904
24908923        EDI: CITICORP.COM Jul 21 2017 21:08:00      Home Depot,    P.O. Box 6497,
                Sioux Falls, SD 57117-6497
24908925       +E-mail/Text: bankruptcy@huntington.com Jul 21 2017 21:30:35      Huntington Bank,
                P.O. Box 182519,    Columbus, OH 43218-2519
24908924       +E-mail/Text: bankruptcy@huntington.com Jul 21 2017 21:30:35      Huntington Bank,
                2361 Morse Road,    Columbus, OH 43229-5891
24908926        EDI: RMSC.COM Jul 21 2017 21:08:00      JC Penney's,    P.O. Box 965009,    Orlando, FL 32896-5009
24908928       +EDI: RMSC.COM Jul 21 2017 21:08:00      Lowes,    P.O. Box 965005,    Orlando, FL 32896-5005
24908929       +E-mail/Text: specialservicing@sofi.com Jul 21 2017 21:32:06      SOFI Lending Corp,
                One Letterman Drive, Bldg A,    Suite 4700,    San Francisco, CA 94129-1494
                                                                                              TOTAL: 12

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,     PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 21, 2017 at the address(es) listed below:
              Virgil E. Brown, Jr.    virgil@vebtrustee.com, vbrownjr@ecf.epiqsystems.com
              Virgil E. Brown, Jr.    on behalf of Trustee Virgil E. Brown, Jr. virgil@vebtrustee.com,
               vbrownjr@ecf.epiqsystems.com
              William J. Balena    on behalf of Debtor Bryan K. Thompson docket@ohbksource.com,
               debra@ohbksource.com
                                                                                             TOTAL: 3
```

Northern District Of Ohio
United States Bankruptcy Court
Howard M. Metzenbaum U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114−1235

**Case No. 17−13326−jps**

**In re: (Name of Debtor)**
 Bryan K. Thompson
 12841 Station Road
 Columbia Station, OH 44028

**Social Security No.:**
 xxx−xx−7951

## NOTICE OF NEED TO FILE PROOF OF CLAIM
## DUE TO RECOVERY OF ASSETS

**To the Creditors and Parties in Interest:**

The initial notice in this case instructed creditors not to file a proof of claim. Assets have since been recovered by the trustee and creditors who wish to share in distribution of funds must file a proof of claim with the clerk at:

United States Bankruptcy Court
Howard M. Metzenbaum U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114−1235

Last date to file claims: **October 30, 2017**

Creditors who do not file a proof of claim on or before the last date to file claims will not share in distribution. A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov) or at any bankruptcy clerk's office.

**If you wish to receive proof of receipt by the bankruptcy court, enclose a photocopy of the proof of claim with a stamped, self−addressed envelope. There is no fee for filing the proof of claim.**

**Any creditor who has previously filed a proof of claim need not file another proof of claim.**

**Dated:** July 21, 2017                                                                                                 For the Court
Form ohnb177                                                                                                     Teresa D. Underwood, Clerk